UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 108.14.64.27,<br><br>        Defendant. | Civil Action No. 2:18-cv-07324-SJF-SIL |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 108.14.64.27 ("Defendant"), through Defendant's council, Paul Sanders, Esq. of Antonelli Law. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 11, 2019        Respectfully submitted,

                                            By:    /s/ *Jacqueline M. James*
                                                          Jacqueline M. James, Esq. (#1845)
                                                          The James Law Firm, PLLC
                                                           445 Hamilton Avenue, Suite 1102
                                                           White Plains, New York 10601
                                                           T: 914-358-6423
                                                          F: 914-358-6424
                                                           E-mail: jjames@jacquelinejameslaw.com
                                                           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By: /s/ *Jacqueline M. James*
> Jacqueline M. James, Esq.